# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. JEFFREY ROBINSON                                  Docket No. 3:01CR00276(CFD)

### AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeffrey Robinson who was sentenced to 27 months imprisonment for a violation of 18 U.S.C. Section 1512(b)(2)(B) by the Honorable Christopher F. Droney sitting in the court at Hartford, Connecticut on November 1, 2002 who fixed the period of supervision at three years which commenced on August 1, 2003, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as approved of by the probation officer which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all or a portion of the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer.

2) The defendant shall participate in a mental health treatment program as approved of by the probation officer. The defendant shall pay all or a portion of the costs associated with the treatment based on his ability to pay, in an amount to be determined by the probation officer.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

<u>Standard Condition:</u>"You shall not commit another federal, state or local crime"

On March 7, 2004 the offender was arrested and charged with Criminal Attempt to Commit Robbery 3rd degree, in violation of C.G.S. 53a-136, Larceny 2nd degree, in violation of section 53a-123, Reckless Driving, in violation of section 14-223(b) and Failure to Bring a Motor Vehicle to a Full Stop When Signaled, in violation of section 14-223(b). Subsequently, on September 22, 2004, the defendant pled guilty to Robbery 3rd Degree in the Milford Superior Court and was sentenced to 8 years imprisonment. He has remained in custody since March 7, 2004.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this  15th  day of December, 2004 and ordered filed and made a part of the records in the above case.

_____
The Honorable Christopher F. Droney
United States District Judge

Sworn to By _____
Patrick D. Norton
United States Probation Officer

Place Hartford, Connecticut
Date 12-15-04

Before me, the Honorable Christopher F. Droney United States District Judge, on this 15th day of December at Hartford, Connecticut, U.S. Probation Officer Patrick D. Norton appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Christopher F. Droney
United States District Judge