UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:01CR00276 (CFD) |
| v. | : | |
| JEFFREY ROBINSON | : | |

FILED
2005 JAN -5  A 10: 35
US DISTRICT COURT
HARTFORD, CT.

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Supervisory Assistant United States Attorney Nora R. Dannehy, and respectfully informs this Honorable Court:

1. There is pending before this Court, at 450 Main Street, Hartford, Connecticut, the criminal case of <u>United States of America v. Jeffrey Robinson</u>, Criminal No. 3:01CR00276 (CFD).

2. That defendant JEFFREY ROBINSON is charged with violations of supervised release, 18 U.S.C. §§ 3583(e)(3) and 3583(g)(1).

3. That the said JEFFREY ROBINSON is now confined at the Cheshire Correctional Facility in Cheshire, Connecticut.

4. That the said defendant should be presented immediately to said District Court of the United States for the District of Connecticut so that said defendant may be prosecuted for said offenses, or from time to time thereafter as the case may be adjourned to.

-2-

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden at the Cheshire Correctional Facility in Cheshire, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said JEFFREY ROBINSON at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on **WEDNESDAY, JANUARY 12, 2005 at 10:00 A.M.**, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*Nora R. Dannehy*

NORA R. DANNEHY, SUPERVISORY
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, CT 06103
Tel. (860) 947-1101
Federal Bar No. ct01942

-3-

STATE OF CONNECTICUT           :
                               :    ss. Hartford, Connecticut
                               :        January 7, 2005
COUNTY OF HARTFORD             :

Personally appeared before me, Nora R. Dannehy, Supervisory Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that she has read the foregoing application, that she is familiar with the contents of same, that same is true of her own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

_____
Thomas V. Daily
Commissioner of the Superior Court

-4-