UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- :
:
UNITED STATES OF AMERICA,    :    No. 3:01CR276(CFD)
:
　　　　　　Plaintiff    :
v.    :
:
JEFFREY S. ROBINSON    :    January 10, 2005
:
　　　　　　Defendant    :
:
---------------------------------------------- :

## MOTION TO CONTINUE HEARING

　　　　Defendant JEFFREY S. ROBINSON, by and through his undersigned counsel, respectfully requests that this court continue, for at least two to three weeks, the hearing on violation of supervised release currently scheduled for January 12, 2005. In support of said motion, undersigned counsel makes the following representations:

　　　　1.　　The currently-set hearing conflicts with a court matter scheduled to take place in the Norwalk Superior Court. The Norwalk matter involves the request of a seriously drug-dependant person for admission to a diversionary rehabilitation program; his admission to the program is contingent upon his ability to remain drug free pending the hearing set for January 12, 2005. Delaying his hearing would place his success in jeopardy. Undersigned counsel respectfully submits that such a delay due to his counsel's scheduling conflict would be unfair to him. Undersigned counsel notes that the Norwalk matter was specially set, in court, in the presence of counsel. Counsel did not participate in the setting of the Robinson matter.

ORAL ARGUMENT NOT REQUESTED

    2.    Additionally, undersigned counsel has not had an opportunity to discuss this matter with the government.  The matter was originally handled by AUSA Jeffrey Meyer, who has since left the office.  The matter was then assigned to AUSA Ronald S. Apter who has, also, recently, left the office.  Undersigned counsel believes (but has not confirmed) that AUSA Nora R. Dannehy is now handling the matter.  That belief is based upon the appearance of her name on one of the recently -received scheduling documents.

    3.    This date undersigned counsel telephonically advised Chambers for the Hon. Christopher F. Droney of the bases for seeking this continuance.  This date undersigned counsel left a comprehensive voice mail message for Ms. Dannehy, explaining the need for the continuance and requesting alternative dates.  As of the time that this motion was dispatched, undersigned counsel had not yet heard back from Ms. Dannehy.

    4.    This is defendant's first request for a continuation of the hearing date.

    5.    Undersigned counsel respectfully requests that the above described relief be granted.

                                               Respectfully submitted,
                                               DEFENDANT JEFFREY S. ROBINSON


                                             By_____
                                              Robert J. Sullivan, Jr.
                                              LAW OFFICES OF ROBERT SULLIVAN
                                              190 Main Street
                                              Westport, Connecticut 06880
                                              Tel. No. 203/227-1404
                                              Federal Bar No. CT08969

## **CERTIFICATION**

      This is to certify that a copy hereof was sent via facsimile and U.S. Mail on January 10, 2005 to:

Nora R. Dannehy, AUSA
Office of U.S. Attorney
450 Main Street
Hartford, CT 06103
Facsimile: 860/240-3291

Patrick D. Norton, USPO
Office of U.S. Probation
157 Church Street, 23rd Floor
New Haven, CT 06510
Facsimile: 203/773-5376

                                                                                                                 _____
                                                                                                                   Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969