UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:01-CR-276 (CFD) |
| v. | |
| JEFFREY S. ROBINSON | MAY 12, 2005 |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Nora R. Dannehy as counsel for the United States of America in the above-captioned case. My appearance is in lieu of the appearances of Assistant United States Attorneys Jeffrey A. Meyer and Raymond F. Miller.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    NORA R. DANNEHY, SUPERVISORY
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. ct01942
    450 Main Street
    Hartford, CT 06103
    Tele: (860) 947-1101

## CERTIFICATION

This is to certify that a copy of the foregoing Appearance was mailed on this 12th day of May, 2005 to Robert J. Sullivan, Jr., Esq., Law Offices, 190 Main Street, Westport, CT 06880.

    _____
    NORA R. DANNEHY, SUPERVISORY
    ASSISTANT UNITED STATES ATTORNEY