UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:01-CR-276 (CFD) |
| v. | |
| JEFFREY S. ROBINSON | MAY 12, 2005 |

## MOTION TO WITHDRAW APPEARANCES

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves to withdraw the appearances of Assistant United States Attorneys Jeffrey A. Meyer and Raymond F. Miller. Mr. Meyer is no longer employed by the United States Attorney's office and Mr. Miller has transferred to the New Haven office of the United States Attorney.

Accordingly, it is respectfully requested that this motion be granted.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


NORA R. DANNEHY, SUPERVISORY
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct ct01942
450 Main Street
Hartford, CT  06103
Tele: (860) 947-1101

## **CERTIFICATION**

This is to certify that a copy of the foregoing Motion to Withdraw was mailed on this 12th day of May, 2005 to Robert J. Sullivan, Jr., Esq., Law Offices, 190 Main Street, Westport, CT 06880.

                                                      _____
                                                      NORA R. DANNEHY, SUPERVISORY
                                                      ASSISTANT UNITED STATES ATTORNEY