UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, :
          Plaintiff :
           :
vs. : Criminal Number: 3:01CR276 (CFD)
           :
JEFFREY ROBINSON, :
          Defendant. :

## ORDER REVOKING TERM OF SUPERVISED RELEASE AND IMPOSING SENTENCE

On November 1, 2002, the defendant appeared before the Honorable Christopher F. Droney, United States District Judge, sitting in the Court at Hartford, Connecticut. The defendant was sentenced to 27 months' imprisonment, followed by three years' supervised release after pleading guilty to Obstruction of Justice, in violation of Title 18, United States Code, § 1512(b)(2)(B). The general terms and conditions were imposed by the Court as well as the following special conditions: 1) The defendant is required to participate in a substance abuse program, either inpatient or outpatient, as approved by the U.S. Probation Officer which may include testing to determine if the defendant has used drugs or alcohol; and 2) The defendant shall participate in a mental health treatment program as approved by the U.S. Probation Officer. The defendant shall pay a portion of the costs associated with all aforementioned treatment based on his ability to pay, in an amount to be determined by the U.S. Probation Officer.

On August 4, 2003, Mr. Robinson's term of supervised release commenced. On September 22, 2004, Mr. Robinson was convicted in the State of Connecticut, Milford Superior

Court, of Robbery in the Third Degree. At that time, Mr. Robinson was sentenced to eight years' imprisonment.

On March 23, 2004, this Court issued a Warrant and Order to Show Cause why his supervised release should not be revoked based on the allegation of the U.S. Probation Officer that the defendant had violated the condition of his supervised release that prohibited him from committing new crimes. On December 15, 2005, the court issued an Amended Petition in order for the defendant to appear before the Court based on his conviction in state court. Specifically, on September 22, 2004, the defendant pled guilty to Robbery, Third Degree in the Milford Superior Court.

On October 17, 2005, the defendant appeared with counsel for a violation hearing to determine if the supervised release term should be revoked. The defendant admitted that he had violated the conditions of his supervision as charged.

It is the finding of the Court that the defendant has engaged in conduct which constitutes violation of the conditions of supervision.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the term of supervised release be revoked and the defendant be placed in the custody of the Bureau of Prisons for a period of 24 months, with no supervision to follow. The sentence is to be served concurrently with the undischarged portion of the State sentence he is currently serving.

IT IS SO **ORDERED**.

Dated at Hartford, Connecticut this 15th day of November, 2005.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE